UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TRAVIS E. TRACY,

    Petitioner,

    v.      CAUSE NO. 3:19-CV-959-RLM-MGG

WARDEN,

    Respondent.

OPINION AND ORDER

Travis E. Tracy, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in MCF 18-12-68 held on January 16, 2019, in which he was found guilty of tampering with a lock in violation of offense and sanctioned with the loss of 30 days earned credit time and a one-step demotion in credit class. After Mr. Tracy filed this petition, the finding of guilt and sanctions were vacated. The Warden has filed a motion to dismiss because this case is moot. Mr. Tracy didn't file a response and the time for doing so has passed. *See* N.D. Ind. L.R. 7-1(d)(3)(A).

The court couldn't overturn the disciplinary proceeding and restore Mr. Tracy's time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, Mr. Tracy has already won and there's no case left for this court to decide. Accordingly, this case must be dismissed. *See* Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion to dismiss (ECF 7) is GRANTED and the case is DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED on February 19, 2020

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT